NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**STEPHANIE GAGE,**
*Petitioner*

v.

**INTERNAL REVENUE SERVICE,**
*Respondent*

2015-3181

Petition for review of an arbitrator's decision in No. TD-2014-6896 by Philip A. LaPorte.

**ON MOTION**

Before LOURIE, DYK, and HUGHES, *Circuit Judges.*

DYK, *Circuit Judge.*

**O R D E R**

Stephanie Gage and the Internal Revenue Service move for a limited remand for further proceedings.

The parties seek further consideration and explanation by the arbitrator as to his determination to deny back pay notwithstanding his decision to mitigate the IRS's removal of Ms. Gage to a 30-day suspension. The court

agrees that under the circumstances, a remand is appropriate.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for a limited remand is granted. This court retains jurisdiction over this petition.

(2) Proceedings in this appeal are stayed pending the outcome of any further proceedings required by the arbitrator to resolve the back pay issue. Within 14 days from the date of the arbitrator's final determination, the parties are directed to inform this court how they believe this petition should proceed.

                              FOR THE COURT

                              /s/ Daniel E. O'Toole
                              Daniel E. O'Toole
                              Clerk of Court

s25